324 F.2d 506
 CAPITAL TRAWLERS, INC., et al., Plaintiffs, Appellants,
v.
UNITED STATES of America, Defendant, Appellee.
CUMBERLAND FISHERIES, INC. et al., Plaintiffs, Appellants,
v.
UNITED STATES of America, Defendant, Appellee.
 No. 6151.
 No. 6152.
 United States Court of Appeals First Circuit.
 December 3, 1963.
 
 Appeals from the United States District Court for the District of Maine; Edward Thaxter Gignoux, Judge.
 Joseph J. Lyman, Washington, D. C., with whom Benjamin Thompson, Portland, Me. and Philip G. Willard, Portland, Me., were on brief, for appellants.
 Rufus E. Stetson, Jr., Atty., Dept. of Justice, Washington, D. C., with whom Louis F. Oberdorfer, Asst. Atty. Gen., Washington, D. C., Lee A. Jackson and I. Henry Kutz, Attys., Dept. of Justice, Washington, D. C., Alton A. Lessard, U. S. Atty., Portland, Me., and William E. McKinley, Asst. U. S. Atty., Portland, Me., were on brief, for appellee.
 Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.
 PER CURIAM.
 
 
 1
 Judgment will be entered affirming the judgment of the District Court on the opinion of Judge Gignoux, D.C., 216 F. Supp. 440.